**Order filed January 20, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00683-CV
_____

**FREDERIC SCOTT DEAVER, Appellant**

**V.**

**RIDDHI DESAI AND SHILPI PANKAJ DESAI, Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-18950**

---

## O R D E R

Appellant's brief was due December 22, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 4, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM